**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6086**

In Re:  MIGUEL QUINONES,

Petitioner.

On Petition for Writ of Mandamus.
(5:06-cv-00072)

Submitted:  May 31, 2007                Decided:  June 19, 2007

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Miguel Quinones, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Miguel Quinones has filed a petition for writ of mandamus in which he alleges that the district court has unduly delayed acting on his 28 U.S.C. § 2254 (2000) petition. Quinones asks this court to issue an order directing the district court to order the Respondent to answer his petition. The district court's docket report reveals that after Quinones filed his writ of mandamus, the Respondent answered Quinones's petition. Because Quinones has received the relief he sought, we grant leave to proceed in forma pauperis but deny Quinones's mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>